**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/12

# STEINBERG & CAVALIERE, LLP
50 MAIN STREET
WHITE PLAINS, NY 10606

TELEPHONE: (914) 761-4200
FACSIMILE:  (914) 761-4256

JEFFREY G. STEINBERG
KEVIN F. CAVALIERE
STEVEN A. COPLOFF
RONALD W. WEINER
BENJAMIN ZELERMYER
BARRY S. GOLD
JAMES F. CREIGHTON
ROBERT P. PAGANO

ONE EXCHANGE PLAZA
55 BROADWAY
SUITE 1600
NEW YORK, NY 10006

WRITER'S DIRECT
DIAL NUMBER

(914) 761-4539

September 24, 2012

RECEIVED
SEP 2 - 2012
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

Hon. William H. Pauley, III
United States District Judge
United States Courthouse
500 Pearl Street, Room 2210
New York, New York  10007

    Re:  Martin Associates Inc., et ano v.
         Illinois National Insurance Company, et al.
         12 CV 7014 (WHP) (KNF)
         S&C File No.: 02306-32868

Dear Judge Pauley:

   We are the attorneys for defendant Illinois National Insurance Company ("Illinois National") in the above-referenced action.

   On September 17, 2012, we removed this case to the United States District Court, Southern District of New York, from the Supreme Court of the State of New York, County of Bronx, based on the understanding that Illinois National, a corporation organized and existing under the laws of the State of Illinois, also had its principal place of business in Chicago, Illinois and that, accordingly, the federal court had subject matter jurisdiction in this case based on diversity of citizenship.

   We have since been advised by our client that Illinois National has a principal place of business in New York, New York. Accordingly, there is no diversity of citizenship between the parties and, thus, no subject matter jurisdiction.

   For the foregoing reasons, and with the consent of plaintiffs' counsel, we request that the Court remand this

Hon. William H. Pauley 2 September 24, 2012

action to the Supreme Court of the State of New York, County of Bronx.

    We thank the Court in advance for its attention to this matter.

                        Respectfully submitted,

                        STEINBERG & CAVALIERE, LLP

                        By: _____
                             Steven A. Coploff

SAC:fc

Cc: All Counsel and Parties

S&C212996

S&C00212996

\*\*Application granted. This matter is remanded to the New York State Supreme Court, Bronx County. The Clerk of the Court is directed to mark this case closed.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J. 9/27/12